UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ELLIS,<br><br>                Plaintiff<br><br>     v.<br><br>AMERIGAS PROPANE, INC., JOSEPH WADE, and DOES -50,<br><br>                Defendants | CASE NO. 1:16-CV-1184 AWI SKO<br><br>ORDER TO SHOW CAUSE WHY CLAIMS AGAINST JOSEPH WADE SHOULD NOT BE SEVERED AND REMANDED DUE TO FRAUDULENT JOINDER, OR IN THE ALTERNATIVE WHY THIS WHOLE CASE SHOULD NOT BE REMANDED FOR LACK OF DIVERSITY JURISDICTION |

Shannon Ellis has filed suit against former employer Amerigas, alleging employment discrimination and retaliation. As part of the same case, she also made civil assault and battery claims against Joseph Wade, a disgruntled customer of Amerigas, who allegedly attacked her at work. Plaintiff originally brought suit in Superior Court, County of Madera. Amerigas has removed the case to the Eastern District of California based on diversity jurisdiction asserting that Plaintiff is a California citizen and Amerigas is a Pennsylvania citizen. Joseph Wade is also a California citizen but Amerigas asserts that he has been fraudulently joined. Amerigas provides some legal briefing to support its request that "Wade's claims should be severed and remanded to state court, and the Court should retain jurisdiction over the claims against AmeriGas Propane." Doc. 1, 9:28-10:2. Plaintiff has made an appearance in the case. Doc. 7. This issue implicates the court's subject matter jurisdiction and must be resolved before the case can proceed.

Plaintiff is ordered to file a response to Amerigas's notice of removal (Doc. 1) by October 13, 2016. Plaintiff is directed to provide briefing on the facts of her claims and the law concerning fraudulent joinder. Amerigas is ordered to file a response to Plaintiff's filing by October 27, 2016. If Plaintiff wishes, she may file a further response by November 10, 2016. If Joseph Wade makes

1 an appearance in this case, he may also file a response on this matter.

IT IS SO ORDERED.

Dated: September 21, 2016 _____
SENIOR DISTRICT JUDGE